JaVonne M. Phillips, Esq. SBN 187474
Jeffrey S. Totah, Esq. SBN 220287
**McCarthy & Holthus, LLP**
1770 Fourth Avenue
San Diego, CA 92101
Phone (619) 685-4800
Fax (619) 685-4810

Attorney for: Secured Creditor,
ING Bank, fsb, it assignees and/or successors, and the servicing agent Aurora Loan Services LLC

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re | ) Case No. 10-42199 J |
| | ) |
| | ) RS No.: JST-4896 |
| Sheilla Magtibay Javier | ) |
| Johnny Roldan Javier | ) Chapter 13 |
| | ) |
| Debtors, | ) **OBJECTION TO CONFIRMATION** |
| | ) **OF CHAPTER 13 PLAN** |
| | ) |
| | ) **341(a) Meeting of Creditors:** |
| | ) Date: 5/6/2010 |
| | ) Time: 3:00 PM |
| | ) Place: 1301 Clay St., Room 680N |
| | )        Oakland, CA |
| | ) Judge: Edward D. Jellen |

1    ING Bank, fsb, its assignees and/or successors, ("Secured Creditor") in the above-entitled
2    Bankruptcy proceeding, hereby submits the following Objections to Confirmation of the
3    Chapter 13 Plan proposed by ("Debtors") Sheilla Magtibay Javier and Johnny Roldan Javier.

   1. This objecting Secured Creditor Services and is entitled to receive payments pursuant to a Promissory Note which matures on 6/1/2035 and is secured by a Deed of Trust on the subject property commonly known as 2 San Tomas Court, Pittsburg, CA 94565. As of 2/28/2010, the amount in default was $43,182.52, as described in the Proof of Claim filed by this Secured Creditor on or about 4/6/2010, incurred with respect to the default. See **Exhibit "1"**.

   2. The proposed Plan does not set forth a reasonable schedule and time period for the payment of the arrearages owed to Secured Creditor. The payoff period and monthly repayment amount proposed by the Debtors exceeds a reasonable arrangement in light of Debtors' past non-payment history. Debtors allege in the Plan that the arrears owed to Secured Creditor are in the amount of $39,839.00, while in fact the actual arrears owed are in the amount of $43,182.52, as set forth in the Proof of Claim. To cure the pre-petition arrearages of $43,182.52 over the term of the Plan within 60 months, Secured Creditor must receive a minimum payment of $719.71 per month from the Debtors through the Plan. Debtors do not have sufficient funds available to cure the arrears over the term of the Plan within 60 months. Clearly, the Plan is not feasible. A true and correct copy of Debtors' Schedules I and J are attached hereto as **Exhibit "2"**.

   3. Unless otherwise ordered, under 11 U.S.C. § 1326(a)(1), the Debtors shall commence making the payments proposed by the Plan within 30 days after the Petition is filed. The Plan must comply with all applicable provisions of 11 U.S.C. § 1325 to be confirmed. As such, the Plan cannot be confirmed.

## CONCLUSION

Any Chapter 13 Plan proposed by the Debtors must provide for and eliminate the Objections specified above in order to be reasonable and to comply with applicable provisions of the Bankruptcy Code. Secured Creditor respectfully requests that confirmation of the Chapter 13 Plan as proposed by the Debtors be denied, or in the alternative, be amended to provide for full payoff of the arrearages owed to Secured Creditor.

WHEREFORE, Secured Creditor prays as follows:

1. That confirmation of the Proposed Chapter 13 Plan be denied, or in the alternative, be amended to provide for full payoff of the arrearages owed to Secured Creditor within 60 months;

2. For attorneys' fees and costs herein,

3. For such other relief as this Court deems proper.

Dated: April 8, 2010  Respectfully submitted,

McCarthy & Holthus, LLP

By: /s/ Jeffrey S Totah
Jeffrey S. Totah, Esq.
Attorney for Secured Creditor
ING Bank, fsb