AUSTIN P. NAGEL, ESQ.
California State Bar #118247
GRACE E. FELDMAN, ESQ.
California State Bar #261936
LAW OFFICES OF AUSTIN P. NAGEL
111 Deerwood Road, Suite 388
San Ramon, California 94583
Telephone: (925) 855-8080
Facsimile: (925) 855-8090

Attorneys for Secured Creditor,
WELLS FARGO FINANCIAL

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: | Case No. 10-42199 EDJ-13 (Chapter 13 Proceeding) |
| SHEILLA M. JAVIER and JOHNNY R. JAVIER, | R.S. No. APN-1446 |
| Debtors. | **CERTIFICATE OF SERVICE** |
| _____/ | Date: May 7, 2010<br>Time: 10:00 am<br>Judge: Edward Jellen<br>Ctrm: #215,<br>  1300 Clay Street,<br>  Oakland, CA |

///

///

///

///

///

///

///

## PROOF OF SERVICE BY MAIL

I, the undersigned, declare that I am employed in the County of Contra Costa, State of California. I am over the age of 18 years and am not a party to the within action. My business address is 111 Deerwood Road, Suite 388, San Ramon, California, 94583.

On May 13, 2010, I served the [PROPOSED] ORDER REGARDING WELLS FARGO FINANCIAL'S MOTION FOR RELIEF FROM AUTOMATIC STAY on the interested parties in said action, by placing a true copy thereof, enclosed in a sealed envelope with postage thereon fully prepaid, in the United States Mail at San Ramon, California. I am readily familiar with our business practice for collection and processing of correspondence for mailing, and this document will be deposited with the United States Postal Service this day in the ordinary course of business, addressed as follows:

| | |
|---|---|
| Sheilla M. Javier | Martha G. Bronitsky |
| Johnny R. Javier | P.O. Box 5004 |
| 2 San Tomas Court | Hayward, CA 94540 |
| Pittsburg, CA 94565 | |
| | **VIA ELECTRONIC SERVICE** |
| Bradford Hodach | U.S. Trustee Oakland |
| 1212 Broadway #706 | 1301 Clay St. #690N |
| Oakland, CA 94612 | Oakland, CA 94612 |

I declare under penalty of perjury that the foregoing is true and correct and that this Proof Of Service By Mail was executed on May 13, 2010, at San Ramon, California.

                                                     /s/ Melissa LaVell

WELLFB.176