**LAW OFFICES OF BRADFORD HODACH**
Bradford Hodach SBN 257011
1212 Broadway, Ste. 706
Oakland, CA 94612
Tel: (510) 444-7250

Attorney for Debtors

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA-OAKLAND DIVISION**

| | |
|---|---|
| In re | ) No. 10-42199CAOA |
| | ) |
| SHIELLA MAGTIBAY JAVIER and | ) CHAPTER 13 |
| | ) |
| JOHNNY ROLDAN JAVIER, | ) CERTIFICATE OF SERVICE BY MAIL |
| | ) |
| DEBTORS. | ) |
| | ) |

I, ERIC DOOLEY, declare that:

I am employed in the County of Alameda, State of California. I am over the age of 18 and am not a party to the within action; my business address is 1212 Broadway #706, Oakland, California, 94612.

On the date stated below, I served the within:

1. **NOTICE OF MOTION AND OPPORTUNITY FOR HEARING**

2. **MOTION TO VALUE COLLATERAL AND AVOID LIENS OF CREDITOR BANK OF AMERICA HOME LOANS and/or BAC HOME LOANS SERVICING LP ON SECOND MORTGAGES ON REAL PROPERTY**

3. **EXHIBITS A THROUGH H**

4. **DECLARATION OF BRADFORD HODACH IN SUPPORT THEREOF**

5. **DECLARATION OF SHIELLA MAGTIBAY JAVIER AND JOHNNY ROLDAN JAVIER**

On the interested parties in this action by placing true and correct copies thereof enclosed in a sealed envelope with First Class postage prepaid, and by Certified Mail where noted, in the United States Mail at Oakland, California, addressed as follows:

SEE ATTACHED SERVICE LIST

1  I declare under penalty of perjury under the laws of the State of California that the
2  foregoing is true and correct.     Executed on July 13, 2010
3  Dates: July 13, 2010

                                                    /s/ERIC DOOLEY_____
                                                    ERIC DOOLEY

SERVICE LIST

MARTHA G. BRONITSKY
CHAPTER 13 TRUSTEE
P.O. BOX 5004
HAYWARD, CA 94540-5004

BANK OF AMERICA CORPORATION
Agent for Service of Process:
CT CORPORATION SYSTEM
818 WEST SEVENTH STREET
LOS ANGELES, CA 90017
[VIA BOTH CERTIFIED MAIL AND FIRST CLASS MAIL]

Mr. Kenneth D. Lewis
CEO OF BANK OF AMERICA CORPORATION
100 N. Tryon Street
Mail Code NC-1-007-18-01
Charlotte, NC 28255
[VIA BOTH CERTIFIED MAIL AND FIRST CLASS MAIL]

BAC HOME LOANS SERVICING, LP
Agent for Service of Process:
CT CORPORATION SYSTEM
818 WEST SEVENTH STREET
LOS ANGELES, CA 90017
[VIA BOTH CERTIFIED MAIL AND FIRST CLASS MAIL]

OLD REPUBLIC TITLE COMPANY
Agent for Service of Process:
CARLETON R. LAGO
555 12TH STREET
STE 2150
OAKLAND, CA 94607
[VIA BOTH CERTIFIED MAIL AND FIRST CLASS MAIL]

AMERIBANC MORTGAGE CORPORATION
Agent for Service of Process:
MICHAEL W. GRANT
25319 COPPERLEAF CT
MURRIETA, CA 92563
[VIA BOTH CERTIFIED MAIL AND FIRST CLASS MAIL]

FIDELITY NATIONAL TITLE COMPANY
Agent for Service of Process:
CT CORPORATION SYSTEM
818 WEST SEVENTH STREET

LOS ANGELES, CA 90017
[VIA BOTH CERTIFIED MAIL AND FIRST CLASS MAIL]

FIDELITY NATIONAL TITLE COMPANY OF CALIFORNIA
Agent for Service of Process:
CT CORPORATION SYSTEM
818 WEST SEVENTH STREET
LOS ANGELES, CA 90017
[VIA BOTH CERTIFIED MAIL AND FIRST CLASS MAIL]

FIDELITY NATIONAL TITLE INSURANCE COMPANY
Agent for Service of Process:
CT CORPORATION SYSTEM
818 WEST SEVENTH STREET
LOS ANGELES, CA 90017
[VIA BOTH CERTIFIED MAIL AND FIRST CLASS MAIL]

PRLAP, INC.
Agent for Service of Process:
CT CORPORATION SYSTEM
818 WEST SEVENTH STREET
LOS ANGELES, CA 90017
[VIA BOTH CERTIFIED MAIL AND FIRST CLASS MAIL]

ING BANK, fsb
Agent for Service of Process:
McCarthy & Holthus, LLP
1770 FOURTH AVENUE
SAN DIEGO, CALIFORNIA 92101
[VIA BOTH CERTIFIED MAIL AND FIRST CLASS MAIL]

AURORA LOAN SERVICES
C/O QUALITY LOAN SERVICE GROUP
Agent for Service of Process:
CORPORATION SERVICE COMPANY WHICH WILL DO BUSINESS IN CALIFORNIA AS CSC-LAWYERS INCORPORATING SERVICE
2730 GATEWAY OAKS DR.
STE 100
SACRAMENTO, CALIFORNIA 95833
[VIA BOTH CERTIFIED MAIL AND FIRST CLASS MAIL]

QUALITY LOAN SERVICE CORPORATION
Agent for Service of Process:
KEVIN R. MCCARTHY
2141 5TH AVENUE
SAN DIEGO, CA 92101

| | |
|---|---|
| 1 | [VIA BOTH CERTIFIED MAIL AND FIRST CLASS MAIL] |
| 2 | RECON TRUST COMPANY, N.A. |
| 3 | A wholly-owned subsidiary of<br>Bank of America, N.A. |
| 4 | Agent for Service of Process:<br>CT CORPORATION SYSTEM |
| 5 | 818 WEST SEVENTH STREET<br>LOS ANGELES, CA 90017 |
| 6 | [VIA BOTH CERTIFIED MAIL AND FIRST CLASS MAIL] |
| 7 | |
| 8 | BANK OF AMERICA CORPORATION<br>Attn: officer, managing or general agent, |
| 9 | Or to any agent authorized to receive service of process<br>401 N TRYON STREET; NC1-021-02-20 |
| 10 | CHARLOTTE, NC 28255<br>[VIA BOTH CERTIFIED MAIL AND FIRST CLASS MAIL] |
| 11 | |
| 12 | BANK OF AMERICA CORPORATION<br>Attn: officer, managing or general agent, |
| 13 | Or to any agent authorized to receive service of process<br>CORPORATE HEADQUARTERS |
| 14 | BANK OF AMERICA CORPORATE CENTER<br>100 NORTH TRYON STREET |
| 15 | CHARLOTTE, NORTH CAROLINA 28255 |
| 16 | [VIA BOTH CERTIFIED MAIL AND FIRST CLASS MAIL] |
| 17 | BANK OF AMERICA HOME LOANS |
| 18 | Attn: officer, managing or general agent,<br>Or to any agent authorized to receive service of process |
| 19 | P.O. Box 5170<br>Simi Valley, CA 93062 |
| 20 | [VIA BOTH CERTIFIED MAIL AND FIRST CLASS MAIL] |
| 21 | BAC HOME LOANS SERVICING, LP |
| 22 | Attn: officer, managing or general agent,<br>Or to any agent authorized to receive service of process |
| 23 | P.O. Box 515504<br>Los Angeles, CA 90051-6804 |
| 24 | [VIA BOTH CERTIFIED MAIL AND FIRST CLASS MAIL] |
| 25 | RECON TRUST COMPANY, N.A., |
| 26 | Attn: officer, managing or general agent,<br>Or to any agent authorized to receive service of process |
| 27 | 225 West Hillcrest Drive<br>Thousand Oaks, CA 91360 |
| 28 | |

1  [VIA BOTH CERTIFIED MAIL AND FIRST CLASS MAIL]

2  "MERS"
3  Mortgage Electronic Registration Systems, Inc.
   Attn: Officer, managing or general agent,
4  Or to any agent authorized to receive service of process
   P.O. Box 2026]
5  Flint, MI 48501-2026

6  "MERS"
7  Mortgage Electronic Registration Systems, Inc.
   Attn: officer, managing or general agent,
8  Or to any agent authorized to receive service of process
   2216 16th STREET
9  SACRAMENTO, CA 95818

10
   SHIELLA MAGTIBAY JAVIER
11 JOHNNY ROLDAN JAVIER
   2 SAN TOMAS COURT
12 PITTSBURG, CA 94565